**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**FRANK DAHLQUIST,**<br><br>Defendant. | MJ 24-01-GF-JTJ<br><br>(1:24-mj-00001)<br><br>**MOTION FOR TRANSFER TO DISTRICT OF OFFENSE** |

The United States moves the Court, pursuant to Fed. R. Crim. P. 5(c)(3)(D), for its order transferring the defendant to the District of Columbia, where the original charging documents were filed.   A copy of the arrest warrant is attached hereto.

1

DATED this 10th day of January 2024.

                JESSE A. LASLOVICH
                United States Attorney


                /s/ Jeffrey K. Starnes
                JEFFREY K. STARNES
                Assistant U.S. Attorney