# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **FRANK DAHLQUIST,** <br><br> **Defendant.** | MJ 24-01-GF-JTJ <br><br> (1:24-mj-00001) <br><br> **ORDER FOR TRANSFER TO DISTRICT OF OFFENSE** |

IT IS HEREBY ORDERED that this matter is transferred to the District of Columbia, where the original charging documents were filed.

DATED this _____ day of January 2024.

_____
JOHN JOHNSTON
United States Magistrate Judge