# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FRANK DAHLQUIST,<br><br>　　　　　Defendant. | Case No. MJ-24-01-GF-JTJ<br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Defendant, Frank Dahlquist, will submit to a standard DNA test administered by United States Marshal (USMS) personnel, as is standard practice for every federal arrest, nationwide, per USMS policy and procedure.

DATED this 10th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court