IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK DAHLQUIST,<br>Defendant. | Case No. MJ 24-01-GF-JTJ<br><br>ORDER APPOINTING COUNSEL:<br>THE FEDERAL DEFENDER |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney listed below is appointed to represent the Defendant at every stage of the proceedings from initial appearance through appeal, including ancillary matters appropriate to the proceedings:

CLARK MATHEWS
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
Phone: (406) 727-5328
Fax: (406) 727-4329
E-mail: clark_mathews@fd.org

1

IT IS FURTHER ORDERED that the Defendant shall pay the sum of ZERO DOLLARS ($-0-) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of ($-0-) shall be made on or before N/A, and each subsequent payment shall be made on or before the N/A day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 10th day of January, 2024.

_____
BRIAN M. MORRIS
CHIEF UNITED STATES DISTRICT JUDGE